**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 08-6951**

—————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

KEVIN LEANDREW THORPE,

        Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Chief District Judge. (3:05-cr-00340-JRS)

—————————

Submitted: April 17, 2009          Decided: May 7, 2009

—————————

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Kevin Leandrew Thorpe, Appellant Pro Se. Norval George Metcalf, Assistant United States Attorney, Michael Cornell Wallace, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Leandrew Thorpe appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction in his sentence and request for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons set forth by the district court. United States v. Thorpe, No. 3:05-cr-00340-JRS (E.D. Va. May 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED